```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

```
PATRICIA TORSTRUP                      CIVIL 03-3739(JCL)
                                              (CLOSED)
     V.

AMERSHAM BIOSCIENCES, CORP.            O R D E R
```

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 9th   day of March              2004,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within  60  days,  to reopen the action if the settlement is not consummated.

```
                              /s/ JOHN C. LIFLAND, U.S.D.J.
```